UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOM LARSIN,<br><br>                Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC<br>and LUSTIG GLASER & WILSON, PC<br><br>                Defendants, | C.A. No.: 1:09-cv-11324-RGS |

## ANSWER

NOW COMES Defendant, LVNV Funding, LLC (hereinafter "LVNV"), by and through undersigned counsel, who hereby answers the Complaint of Plaintiff, Christom Larsin, as follows:

*Count I*

1. LVNV lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 1, and leaves Larsin to the proof thereof.

2. Admitted, insofar as LVNV is alleged to be a foreign limited liability company; the remaining allegations in Paragraph 2 draw legal conclusions to which no responsive pleading is required.

3. LVNV lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3, and leaves Larsin to the proof thereof.

4. Admitted, except insofar as the date is alleged.

5. Admitted, except insofar as the date is alleged.

1178531

6. LVNV lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6, and leaves Larsin to the proof thereof.

7. Admitted, insofar as LVNV's counsel agreed to dismiss the Concord District Court action; LVNV lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 7, and leaves Larsin to the proof thereof.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Admitted, except insofar as settlement and release are alleged.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

## Count II

18. LVNV incorporates and realleges its answer as to the foregoing Paragraphs as if set forth fully herein.

19. Denied.

20. Denied.

## Count III

21. LVNV incorporates and realleges its answer as to the foregoing Paragraphs as if set forth fully herein.

22. Denied.

23. Denied.

24. Denied.

[There is no 25th Paragraph in Larsin's Complaint]

*Count IV*

26. LVNV incorporates and realleges its answer as to the foregoing Paragraphs as if set forth fully herein.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

*Count V*

32. LVNV incorporates and realleges its answer as to the foregoing Paragraphs as if set forth fully herein.

33. Denied.

34. Denied.

*Count VI*

35. LVNV incorporates and realleges its answer as to the foregoing Paragraphs as if set forth fully herein.

36. Denied.

37. Denied.

*Count VII*

38. LVNV incorporates and realleges its answer as to the foregoing Paragraphs as if set forth fully herein.

39. Denied.

40. Denied.

41. Admitted, only insofar as Larsin alleges to have sent a letter to LVNV; the remaining allegations in Paragraph 41 draw legal conclusions to which no responsive pleading is required.

42. Admitted, only insofar as Larsin alleges to have sent a letter to LVNV.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

*Count VIII*

47. LVNV incorporates and realleges its answer as to Paragraphs 1 through 37 as if set forth fully herein.

48. The allegations in Paragraph 48 draw legal conclusions to which no responsive pleading is required.

49. Denied.

50. Denied.

51. Denied.

WHEREFORE, LVNV requests that Larsin's Complaint be denied and dismissed.

## AFFIRMATIVE DEFENSES

FIRST:      Larsin has failed to state a claim against LVNV upon which relief can be granted.

SECOND:     Larsin has failed to plead fraud with the particularity required by Fed.R.Civ.P. 9(b) and its Massachusetts court rules counterpart.

THIRD:      Larsin is estopped from making any claim against LVNV by his own failure to effectuate the settlement of the collection case.

FOURTH:     Larsin has waived any claims against LVNV.

FIFTH:      Larsin has unclean hands.

SIXTH:      Larsin's actions contributed wholly or in part to any alleged injuries.

WHEREFORE, LVNV requests that Larsin take nothing by his Complaint.

Dated: August  18  , 2009
Albany, New York

LVNV FUNDING, LLC

By its attorneys,

_____
Douglas J. Rose, Esq. (BBO No. 629080)
DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York  12203-1006
(518) 436-0344

## CERTIFICATE OF SERVICE

I, Douglas J. Rose, Esq., do hereby certify that I have, this 18th day of August, 2009, caused a true copy of the within *Answer* to be served by first-class U.S. Mail, postage prepaid, upon

Margaret M. Mellican, Esq.
390 Main Street
Worcester, MA 01608

and by electronic case filing protocols on

Mark S. Bodner, Esq.
ENGELBERG, BRATCHER & KENNER
60 State Street, Suite 600
Boston, MA  02109

Douglas J. Rose