UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Christom Larsin,

    Plaintiff,

                              CIVIL ACTION NO. 1:09CV11324 - RGS

v.

LVNV Funding, LLC., et al.,

    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

The Court having been advised by counsel that the above-entitled action has settled:

It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within thirty (30) days if settlement is not consummated.

SO ORDERED.

                                                        RICHARD G. STEARNS  
                                                        UNITED STATES DISTRICT JUDGE

          BY:

                                                        /s/ *Terri Seelye*

Dated: September 23, 2009                                                  Deputy Clerk